B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stare, Lonny Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Stare, Kimberly Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Lonny M Stare** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Kimberly L Stare; AKA Kimberly L Cambell** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1837** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5369** |
| Street Address of Debtor (No. and Street, City, and State):<br>**140 Jefferson Lane**<br>**Bloomingdale, IL**<br>ZIP Code **60108-1410** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**140 Jefferson Lane**<br>**Bloomingdale, IL**<br>ZIP Code **60108-1410** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,        ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)         

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Stare, Lonny Michael**<br>**Stare, Kimberly Lynn** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Behzad Raghian**        **August  4, 2010**<br>   Signature of Attorney for Debtor(s)         (Date)<br>   **Behzad Raghian** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>         _____<br>         (Name of landlord that obtained judgment)<br><br><br>         _____<br>         (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stare, Lonny Michael**<br>**Stare, Kimberly Lynn** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Lonny Michael Stare**
_____
Signature of Debtor  **Lonny Michael Stare**

**X** **/s/ Kimberly Lynn Stare**
_____
Signature of Joint Debtor **Kimberly Lynn Stare**

_____
Telephone Number (If not represented by attorney)

**August 4, 2010**
_____
Date

### Signature of Attorney*

**X** **/s/ Behzad Raghian**
_____
Signature of Attorney for Debtor(s)

**Behzad Raghian 6290519**
_____
Printed Name of Attorney for Debtor(s)

**The Law Office of Behzad Raghian, P.C.**
_____
Firm Name
**3517 West Palmer Street**
**Suite 2**
**Chicago, IL 60647**
_____
Address

**Email: behzad@raghianlaw.com**
**312-714-5155  Fax: 312-854-2850**
_____
Telephone Number

**August 4, 2010**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lonny Michael Stare**
      **Kimberly Lynn Stare**                 Case No.

                                Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

        Signature of Debtor:    **/s/ Lonny Michael Stare**
                                   **Lonny Michael Stare**

        Date:    **August  4, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re | **Lonny Michael Stare**
**Kimberly Lynn Stare**
_____ | Case No. _____
Debtor(s) | Chapter | **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kimberly Lynn Stare**
                        **Kimberly Lynn Stare**

Date:    **August  4, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Lonny Michael Stare,**
**Kimberly Lynn Stare**

Case No. _____

Debtors    ,

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,230,000.00 | | |
| B - Personal Property | Yes | 4 | 37,864.75 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,851,341.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 8,741.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 956,923.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,309.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,533.97 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 1,267,864.75 | | |
| Total Liabilities | | | | 2,817,006.01 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Lonny Michael Stare,**
     **Kimberly Lynn Stare**

Case No. _____

Debtors  ,

Chapter        **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,309.33 |
| Average Expenses (from Schedule J, Line 18) | 4,533.97 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,309.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 589,341.68 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 956,923.33 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,546,265.01 |

B6A (Official Form 6A) (12/07)

In re    **Lonny Michael Stare,**

        **Kimberly Lynn Stare**                  Case No. _____

                                           Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410**<br>**2700 sq. ft., 4 bed, 2.5 bath, 2 car garage, .25 acres** | **Fee simple** | **J** | **345,000.00** | **578,495.12** |
| **Location: 2696 Promontory Dr., Bullhead City, AZ 86429**<br>**.25 acre lot** | **Fee simple** | **H** | **175,000.00** | **222,817.55** |
| **Location: 1136 Morraine View Dr. #307, Madison, WI 53719**<br>**1100 sq. ft., 2 bed, 2 bath** | **Fee simple** | **H** | **80,000.00** | **128,872.33** |
| **Location: 1140 Morraine View #207, Madison, WI 53719**<br>**1100 sq. ft. condo, 2 bed, 2 bath** | **Fee simple** | **H** | **80,000.00** | **128,987.58** |
| **Location: 1460 Golf View Rd. Unit 5, Eagle River, WI 54521** | **Fee simple** | **H** | **550,000.00** | **750,169.10** |

|  | Sub-Total > | **1,230,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,230,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Lonny Michael Stare,**               Case No. _____

          **Kimberly Lynn Stare**

                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #xxxxxx1601 at Harris Bank N.A., Palatine IL** | J | 1,838.47 |
| | | **B. M. Stare Beneficiary UTMA, Lonny Stare Custodian, Savings Accoun# xxxxxx9089 at Harris Bank N.A., Palatine IL** | - | 1,733.43 |
| | | **G.M. Stare Beneficiary UTMA, Kimberly Stare Custodian, Savings Account# xxxxxx1666, at Harris Bank N.A., Palatine IL** | - | 342.85 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary husehold goods and furnishings none valued in exces of $500.00** <br> **Location: 140 Jefferson Lane, Bloomingdale IL** | J | 1,275.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Painting/Art none valued in excess of $500.00** <br> **Location: 140 Jefferson Lane, Bloomingdale IL** | J | 75.00 |
| 6.   Wearing apparel. | | **Ordinary Wearing Apparel** <br> **Location: 140 Jefferson Lane, Bloomingdale IL** | J | 200.00 |
| 7.   Furs and jewelry. | | **Wedding rings, and miscellaneous jewelry** <br> **Location: 140 Jefferson Lane, Bloomingdale IL** | J | 250.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **Photography equipment** <br> **Location: 140 Jefferson Lane, Bloomingdale IL** | J | 50.00 |

                                    Sub-Total >      **5,764.75**
                                    (Total of this page)

  _3_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lonny Michael Stare,**                                              Case No. _____

       **Kimberly Lynn Stare,**

                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410** **Term Life Insurance Policy** **Ohio National Financial Services** **Death Benefits:$500,000** **Beneficiary: Kimberly Stare** | H | Unknown |
| | | **Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410** **Term Life Insurance Policy** **Northwestern Mutual** **Death Benefit: $500,000.00** **Beneficiary: Kimberly Stare** | H | Unknown |
| | | **Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410** **Term Life Insurance Policy** **Genworth Financial** **Death benefit:$250,000** **Beneficiary:Kimberly Stare** | H | Unknown |
| | | **Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410** **Term Life Insurance Policy** **Ohio National Financial Services** **Death benefit: $1,000,000** **Beneficiary: Lonny Stare** | W | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Lonny Michael Stare,**
     **Kimberly Lynn Stare**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Cadillac Escalade in fair condition with xx miles** | **H** | **32,000.00** |

Sub-Total >      **32,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lonny Michael Stare,**
         **Kimberly Lynn Stare**                                    Case No. _____

                                                    _____,
                                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Drill, toolbox and various tools**<br>**Location: 140 Jefferson Lane, Bloomingdale IL** | J | **100.00** |

|  | Sub-Total > | **100.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **37,864.75** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Lonny Michael Stare,**

     **Kimberly Lynn Stare**

Case No. _____

                    Debtors ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410 | 735 ILCS 5/12-901 | 0.00 | 345,000.00 |
| 2700 sq. ft., 4 bed, 2.5 bath, 2 car garage, .25 acres | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account #xxxxxx1601 at Harris Bank N.A., Palatine IL | 735 ILCS 5/12-1001(b) | 1,838.47 | 1,838.47 |
| B. M. Stare Beneficiary UTMA, Lonny Stare Custodian, Savings Accoun# xxxxxx9089 at Harris Bank N.A., Palatine IL | 735 ILCS 5/12-1001(b) | 1,733.43 | 1,733.43 |
| G.M. Stare Beneficiary UTMA, Kimberly Stare Custodian, Savings Account# xxxxxx1666, at Harris Bank N.A., Palatine IL | 735 ILCS 5/12-1001(b) | 342.85 | 342.85 |
| **Household Goods and Furnishings** | | | |
| Ordinary household goods and furnishings none valued in exces of $500.00 Location: 140 Jefferson Lane, Bloomingdale IL | 735 ILCS 5/12-1001(b) | 1,275.00 | 1,275.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Painting/Art none valued in excess of $500.00 Location: 140 Jefferson Lane, Bloomingdale IL | 735 ILCS 5/12-1001(b) | 75.00 | 75.00 |
| **Wearing Apparel** | | | |
| Ordinary Wearing Apparel Location: 140 Jefferson Lane, Bloomingdale IL | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Wedding rings, and miscellaneous jewelry Location: 140 Jefferson Lane, Bloomingdale IL | 735 ILCS 5/12-1001(b) | 250.00 | 250.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Photography equipment Location: 140 Jefferson Lane, Bloomingdale IL | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Interests in Insurance Policies** | | | |
| Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410 Term Life Insurance Policy Ohio National Financial Services Death Benefits:$500,000 Beneficiary: Kimberly Stare | 735 ILCS 5/12-1001(f) | 0.00 | Unknown |

_**1**_   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Lonny Michael Stare,**
      **Kimberly Lynn Stare**                             Case No. _____

                               Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410** <br> **Term Life Insurance Policy** <br> **Northwestern Mutual** <br> **Death Benefit: $500,000.00** <br> **Beneficiary: Kimberly Stare** | **735 ILCS 5/12-1001(f)** | **0.00** | **Unknown** |
| **Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410** <br> **Term Life Insurance Policy** <br> **Genworth Financial** <br> **Death benefit:$250,000** <br> **Beneficiary:Kimberly Stare** | **735 ILCS 5/12-1001(f)** | **0.00** | **Unknown** |
| **Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410** <br> **Term Life Insurance Policy** <br> **Ohio National Financial Services** <br> **Death benefit: $1,000,000** <br> **Beneficiary: Lonny Stare** | **735 ILCS 5/12-1001(f)** | **0.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2007 Cadillac Escalade in fair condition with xx miles** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **32,000.00** |
| **Other Personal Property of Any Kind Not Already Listed** <br> **Drill, toolbox and various tools** <br> **Location: 140 Jefferson Lane, Bloomingdale IL** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| | Total: | **10,664.75** | **382,864.75** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Lonny Michael Stare,**
**Kimberly Lynn Stare**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0625<br><br>**Associated Bank**<br>**1305 Main Street**<br>**Stevens Point, WI 54481** | | H | **Second Mortgage**<br><br>**Location: 1460 Golf View Rd. Unit 5, Eagle River, WI 54521** | | | X | | |
| | | | Value $            **550,000.00** | | | | 175,203.47 | 175,203.47 |
| Account No. xxxxxx0857<br><br>**Aurora Loan Services**<br>**Attn: Bankruptcy Dept.**<br>**2617 College Park, PO Box 1706**<br>**Scottsbluff, NE 69363-1706** | | J | **First Mortgage**<br><br>**Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410**<br>**2700 sq. ft., 4 bed, 2.5 bath, 2 car garage, .25 acres** | | | X | | |
| | | | Value $            **345,000.00** | | | | 463,495.12 | 118,495.12 |
| Account No. xxxxxxx106-9<br><br>**Citi Mortgage**<br>**1000 Technology Drive**<br>**MS 314**<br>**O Fallon, MO 63368-2240** | | H | **First Mortgage**<br><br>**Location: 1136 Morraine View Dr. #307, Madison, WI 53719**<br>**1100 sq. ft., 2 bed, 2 bath** | | | X | | |
| | | | Value $            **80,000.00** | | | | 128,872.33 | 48,872.33 |
| Account No. xxxxxxx493-3<br><br>**Citi Mortgage, Inc., successor in interest to ABN AMRO Mtg. Group, In**<br>**P.O. Box 140609**<br>**Irving, TX 75014-0609** | | H | **First Mortgage**<br><br>**Location: 1140 Morraine View #207, Madison, WI 53719**<br>**1100 sq. ft. condo, 2 bed, 2 bath** | | | X | | |
| | | | Value $            **80,000.00** | | | | 128,987.58 | 48,987.58 |

**1**  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 896,558.50 | 391,558.50 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Lonny Michael Stare,**
     **Kimberly Lynn Stare**                                    Case No. _____
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xx7204** | | | | | First Mortgage | | | | | |
| Desert Hills Bank 2929 East Camelback Road Suite 218 Phoenix, AZ 85016 | | H | | | Location: 2696 Promontory Dr., Bullhead City, AZ 86429 .25 acre lot | | X | | | |
| | | | | | Value $            175,000.00 | | | | 222,817.55 | 47,817.55 |
| Account No. **xxxxxx4483** | | | | | First Mortgage | | | | | |
| Indy Mac P.O. Box 4045 Kalamazoo, MI 49003-4045 | | H | | | Location: 1460 Golf View Rd. Unit 5, Eagle River, WI 54521 | | X | | | |
| | | | | | Value $            550,000.00 | | | | 574,965.63 | 24,965.63 |
| Account No. **xxxxxx4362** | | | | | Second Mortgage | | | | | |
| Specialized Loan Services P.O. Box 636005 Littleton, CO 80163-6005 | | J | | | Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410 2700 sq. ft., 4 bed, 2.5 bath, 2 car garage, .25 acres | | X | | | |
| | | | | | Value $            345,000.00 | | | | 115,000.00 | 115,000.00 |
| Account No. **xxxx1407** | | | | | Purchase Money Security | | | | | |
| USAA 10750 McDermott Frwy San Antonio, TX 78288 | | H | | | 2007 Cadillac Escalade in fair condition with xx miles | | X | | | |
| | | | | | Value $             32,000.00 | | | | 42,000.00 | 10,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 954,783.18 | 197,783.18 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,851,341.68 | 589,341.68 |

B6E (Official Form 6E) (4/10)

.

In re  **Lonny Michael Stare,**
       **Kimberly Lynn Stare**

Case No. _____

_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Lonny Michael Stare,**
      **Kimberly Lynn Stare**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxxx #xx-xx5319** | | | Commission | | | | | |
| **David Vance** **332 E Turner Ave** **Roselle, IL 60172** | X | H | | | | X | | **Unknown** |
| | | | | | | | **8,741.00** | **Unknown** |
| Account No. | | | Commission | | | | | |
| **Mark Zenner** | X | H | | | | X | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **8,741.00**    **0.00** |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | **8,741.00**    **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Lonny Michael Stare,**
      **Kimberly Lynn Stare**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**121 Fairfield Way, LLC** <br>**121 Fairfield Way** <br>**Bloomingdale, IL 60108** | X | H | | | **12/3/2009** <br>**Lifetime Financial Partners' debt for default under commercial property lease** | | X | | 53,627.00 |
| Account No. **xxxx-xxxxxx-x1003** <br><br>**American Express** <br>**P.O. Box 981540** <br>**El Paso, TX 79998** | X | H | | | **credit card** <br>**Opened: 2005** <br>**Last Used: 2009** | | | | 4,753.52 |
| Account No. **xxxx-xxxxxx-x1009** <br><br>**American Express** <br>**P.O. Box 981540** <br>**El Paso, TX 79998** | X | H | | | **Business credit card** <br>**Opened: 2005** <br>**Last Used: 2009** | | X | | 3,969.00 |
| Account No. **xxxx-xxxxxx-x1006** <br><br>**American Express** <br>**P.O. Box 981540** <br>**El Paso, TX 79998** | | H | | | **credit card** <br>**Opened: 2005** <br>**Last Used: 2009** | | X | | 3,043.00 |

___12___ continuation sheets attached

Subtotal
(Total of this page)

65,392.52

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:43561-100630   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonny Michael Stare,**
      **Kimberly Lynn Stare**                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1007**<br><br>**American Express**<br>**P.O. Box 981540**<br>**El Paso, TX 79998** | X | H | **Business line of credit, Lonny Stare guarantor**<br>**Opened: 2005**<br>**Last Used: 2008** | | X | | 11,186.18 |
| Account No. **xxxx-xxxxxx-x2001**<br><br>**American Express**<br>**P.O. Box 981540**<br>**El Paso, TX 79998** | X | H | **Business credit card, Lonny Stare guarantor**<br>**Opened: 2005**<br>**Last Used: 2009** | | X | | 7,849.12 |
| Account No. **xxxx-xxxxxx-x3058**<br><br>**American Express**<br>**P.O. Box 981540**<br>**El Paso, TX 79998** | | W | **Credit Card**<br>**opened: 1987**<br>**last used: 2009** | | X | | 1,364.00 |
| Account No.<br><br>**American Mortgage Law Group, P.C.**<br>**75 Rowland Way**<br>**Suite 350**<br>**Novato, CA 94945** | X | H | **Lifetime Financial Partners creditor** | | X | | Unknown |
| Account No. **xxxx-xxxx-xxxx-0625**<br><br>**Associated Bank**<br>**1305 Main Street**<br>**Stevens Point, WI 54481** | | H | **Home Equity Line of Credit** | | X | | 176,706.80 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

197,106.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lonny Michael Stare,**
**Kimberly Lynn Stare**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5482**  <br><br>**Bank of America** <br>**P.O. Box 15026** <br>**Wilmington, DE 19850-5026** | | H | **credit card** <br>**Opened: 2007** <br>**Last Used: 2009** | | X | | 34,104.54 |
| Account No. **xxxxxxxxxx5406**  <br><br>**Bank of America** <br>**4161 Pedmont Parkway** <br>**NC4-105-02-51** <br>**Greensboro, NC 27410-8110** | | H | **02/2008** <br>**Automobile Loan** <br>**Opened: 2008** <br>**Closed: 2009** <br>     **Subject to setoff.** | | X | | 39,509.00 |
| Account No. **xx-xxxx025-1**  <br><br>**Bank of America** <br>**P.O. Box 15026** <br>**Wilmington, DE 19850-5026** | X | H | **Business line of credit, Lonny Stare guarantor** <br>**Opened: 2002** | | X | | 30,000.00 |
| Account No. **xxxx-xxxx-xxxx-2179**  <br><br>**Bank of America** <br>**P.O. Box 15026** <br>**Wilmington, DE 19850-5026** | | H | | | X | | 34,697.99 |
| Account No. **xxxx-xxxx-xxxx-8083**  <br><br>**Bank of America** <br>**P.O. Box 15026** <br>**Wilmington, DE 19850-5026** | X | H | **Business Credit Card** <br>**opened: 2002** <br>**last used: 2009** | | X | | 26,093.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

164,404.53

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonny Michael Stare,**
**Kimberly Lynn Stare**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Billing Solutions Inc.** <br> **Bank VOD** <br> **P.O. Box 1223** <br> **Glenview, IL 60025** | X | H | Lifetime Financial Partners creditor | | X | | **Unknown** |
| Account No. **xxxxxxxxx0G25** <br><br> **Bonaventure Medical Foundation** <br> **1415 W. Lake Street** <br> **Addison, IL 60101** | | H | 1/20/10 <br> **Medical bill** | | X | | **30.00** |
| Account No. **xxxx-xxxx-xxxx-7570** <br><br> **Capital One** <br> **Attn: General Correspondence** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | | W | credit card <br> **Opened: 2009** <br> **Last Used: 2010** | | X | | **2,204.28** |
| Account No. **xxxx-xxxx-xxxx-1476** <br><br> **Chase Bank** <br> **Mail Code KY1-0900** <br> **6714 Grade Lane, Bldg 8, Ste 807** <br> **Louisville, KY 40213** | | H | credit card <br> **Opened: 2008** <br> **Last Used: 2009** | | X | | **16,010.67** |
| Account No. **xxxx-xxxx-xxxx-7940** <br><br> **Chase Bank** <br> **Mail Code KY1-0900** <br> **6714 Grade Lane, Bldg 8, Ste 807** <br> **Louisville, KY 40213** | | W | credit card <br> **Opened: 2006** <br> **Last Used: 2009** | | X | | **2,204.28** |

Sheet no. **3** of **12** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,449.23**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonny Michael Stare,**  
　　　**Kimberly Lynn Stare**　　　　　　　　　　　　　　　　　Case No. _____

_____,  
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0671**<br><br>**Citibank**<br>**100 Citibank Drive**<br>**San Antonio, TX 78245** | | W | **credit card**<br>**Opened: 2009**<br>**Last Used: 2010** | | X | | 3,006.01 |
| Account No. **xxxx-xxxx-xxxx-4423**<br><br>**Credit One Bank**<br>**P.O. Box 98872**<br>**Las Vegas, NV 89193** | | W | **03/2010**<br>**Credit Card**<br>**opened: 2010**<br>**last used: 2010** | | X | | 266.00 |
| Account No.<br><br>**Credit Technology Inc.**<br>**1990 East LaCadena Drive**<br>**Riverside, CA 92507** | X | H | **Lifetime Financial Partners creditor** | | X | | Unknown |
| Account No.<br><br>**Credstar**<br>**12395 First American Way**<br>**Poway, CA 92064** | X | H | **Lifetime Financial Partners creditor** | | X | | Unknown |
| Account No.<br><br>**CT Corporation**<br>**a Wolters Kluwer business**<br>**111 Eighth Avenue, 13th Floor**<br>**New York, NY 10011** | X | H | **Lifetime Financial Partners creditor** | | X | | Unknown |

Sheet no. __4__ of __12__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)　　3,272.01

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonny Michael Stare,**
       **Kimberly Lynn Stare**

Case No. _____

_____,
                                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx5-010** | | | | Association Fees | | | | |
| **Desert Foothill Estates Owners Association** P.O. Box 681 Bullhead City, AZ 86430 | | H | | | | X | | 747.00 |
| Account No. **xxxx-xxxx-xxxx-0436** | | | | credit card **Opened: 2003 Last Used:** | | | | |
| **Discover Financial Services** P.O. Box 30943 Salt Lake City, UT 84130 | | W | | | | X | | 9,472.53 |
| Account No. **xxxxxxxxx4820** | | | | 02/2009 **Charge Account opened: 2009 last used: 2009** | | | | |
| **DSNB/Macys** P.O. Box 8218 Mason, OH 45040 | | H | | | | X | | 275.00 |
| Account No. **xxxx-xxxx-xxxx-8027** | | | | 07/2009 **Credit Card opened: 2009 last used: 2009** | | | | |
| **Elan Financial CB Disputes PO Box 108 Saint Louis, MO 63166** | | H | | | | X | | 11,504.00 |
| Account No. | | | | Lifetime Financial Partners creditor | | | | |
| **Encompass 6500 Emerald Parkway Suite 350 Dublin, OH 43016-0242** | X | H | | | | X | | Unknown |

Sheet no. __5___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,998.53

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lonny Michael Stare,**
**Kimberly Lynn Stare**                                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lifetime Financial Partners creditor | | | | |
| FedEx Corporation 942 S. Shady Grove Road Memphis, TN 38120 | X | H | | | X | | |
| | | | | | | | Unknown |
| Account No. | | | Lifetime Financial Partners creditor | | | | |
| First American P.O. Box 10180 Van Nuys, CA 91410-0180 | X | H | | | X | | |
| | | | | | | | Unknown |
| Account No. | | | Lifetime Financial Partners creditor | | | | |
| Fiserv 255 Fiserv Drive Brookfield, WI 53045 | X | H | | | X | | |
| | | | | | | | Unknown |
| Account No. | | | Lifetime Financial Partners creditor | | | | |
| Floodcert.com 11902 Burnet Road Austin, TX 78758 | X | H | | | X | | |
| | | | | | | | Unknown |
| Account No. | | | Lifetime Financial Partners creditor | | | | |
| GlobalCom Satellite Communication 7607 Kilmichael Dallas, TX 75248 | X | H | | | X | | |
| | | | | | | | Unknown |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lonny Michael Stare,**
**Kimberly Lynn Stare**
_____,    Case No. _____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lifetime Financial Partners creditor | | | | |
| **Impact Office Product LLC** **5640 Sunnyside Ave** **Suite J** **Beltsville, MD 20705-2213** | X | H | | | | X | | Unknown |
| Account No. **xxxxxxxxxx5800** | | | | **Business Loan, Lonny Stare guarantor** **Opened: 2006** **Last Used: 2008** | | | | |
| **JP Morgan Chase Bank** **Portfolio Mgmt Center, AZ1-1004** **201 N. Central Ave, Floor 17** **Phoenix, AZ 85004** | X | J | | | | X | | 46,760.11 |
| Account No. **xxxxx1383** | | | | **Business: risk assesment & general services,** **Lonny Stare guarantor** **Opened: 2005** **Last Used: 2009** | | | | |
| **Kroll Factual Data** **5200 Hahns Peak Dr.** **Loveland, CO 80538** | X | H | | | | X | | 1,428.73 |
| Account No. | | | | **Business debts, contingent liability** | | | | |
| **Lifetime Financial Partners, Inc.** **121 Fairfield Way** **Suite 300** **Bloomingdale, IL 60108** | | H | | | X | | | Unknown |
| Account No. | | | | Lifetime Financial Partners creditor | | | | |
| **MERS** **1818 Library Street** **Suite 300** **Reston, VA 20190** | X | H | | | | X | | Unknown |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **48,188.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonny Michael Stare,**
        **Kimberly Lynn Stare**

Case No. _____

                                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lifetime Financial Partners LLC | | | | |
| **MRG Document Technologies**<br>**717 N. Harwood**<br>**Suite 2400**<br>**Dallas, TX 75201** | X | H | | | | X | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-5935** | | | | **Business credit line, Lonny Stare guarantor**<br>**Opened: 2006**<br>**Last used: 2009** | | | | |
| **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | X | H | | | | X | | **39,887.63** |
| Account No. **xxxxxxxxxx2080** | | | | **Business credit card, Lonny Stare guarantor** | | | | |
| **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | X | H | | | | X | | **1,813.56** |
| Account No. **xxxx-xxxx-xxxx-9645** | | | | **Business credit line, Lonny Stare guarantor**<br>**Opened: 2006**<br>**Last Used: 2009** | | | | |
| **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | X | H | | | | X | | **51,132.94** |
| Account No. **xxxx-xxxx-xxxx-4828** | | | | **Business credit line, Lonny Stare guarantor**<br>**Opened: 2006**<br>**Last used: 2009** | | | | |
| **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | | H | | | | X | | **42,509.87** |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**135,344.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lonny Michael Stare,**
    **Kimberly Lynn Stare**
    Case No. _____
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0742**<br><br>**National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | | W | **Business credit line, Kimberly Stare guarantor**<br>**Opened: 2006**<br>**Last Used: 2009** | | X | | 61,292.05 |
| Account No. **xxxx-xxxx-xxxx-7498**<br><br>**National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | X | W | **Business credit line, Kimberly Stare guarantor**<br>**Opened: 2006**<br>**Last Used: 2009** | | X | | 51,586.62 |
| Account No. **xxxx-xxxx-xxxx-0212**<br><br>**National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | X | W | **Business credit line, Kimberly Stare guarantor**<br>**Opened: 2006**<br>**Last Used: 2009** | | X | | 51,478.54 |
| Account No. **xxxx-xxxx-xxxx-6106**<br><br>**National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | X | H | **Business credit line, Lonny Stare guarantor**<br>**Opened:**<br>**Last Used:** | | X | | 51,549.50 |
| Account No. **xxx-xxxxxx7-004**<br><br>**NEC Financial Services**<br>**1 Park 80 Plaza West**<br>**Suite 309**<br>**Saddle Brook, NJ 07663-5806** | X | H | **Business equipment lease, Lonny Stare guarantor** | | X | | 620.46 |

Sheet no. __9___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

216,527.17

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonny Michael Stare,**
**Kimberly Lynn Stare**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-8027** | | | | **credit card** **Opened: 2009** **Last Used: 2010** | | | | |
| **North Shore Bank** **Cardmember Services** **P.O. Box 6354** **Fargo, ND 58125-6354** | | H | | | | X | | 11,456.84 |
| Account No. | | | | **Lifetime Financial Partners creditor** | | | | |
| **Optimal Blue** **5601 Democracy Drive** **Suite 150** **Plano, TX 75024** | X | H | | | | X | | Unknown |
| Account No. | | | | **Lifetime Financial Partners creditor** | | | | |
| **Pitney Bowes, Inc.** **1 Elmcroft Road** **Stamford, CT 06926-0700** | X | H | | | | X | | Unknown |
| Account No. **xxxxxxx7848** | | | | **Business loan, Lonny Stare guarantor** **Opened: 2005** **Last Used: 2009** | | | | |
| **Private Bank** **24 S. Second Street** **Saint Charles, IL 60174** | X | H | | | | X | | 58,000.00 |
| Account No. | | | | **Lifetime Financial Partners creditor** | | | | |
| **Questsoft** **23441 South Pointe Drive** **Suite 270** **Laguna Hills, CA 92653-1559** | X | H | | | | X | | Unknown |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,456.84

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonny Michael Stare,**
**Kimberly Lynn Stare**

Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxxx4493 | | | | 01/08/2010 Medical services | | | | |
| St. Alexius Medical Center 22589 Network Place Chicago, IL 60673 | | H | | | | X | | 686.81 |
| Account No. xxx-xxxxx07-cc | | | | Condominium Association Fees | | | | |
| The Crossings at Elver Park Condo Association, Inc. 1200 N. Ashland, Suite 301 Chicago, IL 60622 | | H | | | | X | | 3,548.41 |
| Account No. xxx-xxxxxxx-xx-xtalo | | | | Condominium Association Fee | | | | |
| The Crossings at Elver Park Condo Association, Inc. 1200 N. Ashland, Suite 301 Chicago, IL 60622 | | H | | | | X | | 3,676.16 |
| Account No. | | | | Lifetime Financial Partners creditor | | | | |
| The Work Number 11432 Lackland Saint Louis, MO 63146 | X | H | | | | X | | Unknown |
| Account No. xxxx-xxxx-xxxx-9319 | | | | credit card Opened: 2009 Last Used: 2010 | | | | |
| US Bank P.O. Box 790408 Saint Louis, MO 63179-0408 | | H | | | | X | | 6,872.18 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,783.56

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lonny Michael Stare,**
**Kimberly Lynn Stare**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lifetime Financial Partners creditor | | | | |
| **Veri-Tax Inc.** **17842 Irvine Blvd** **Suite 238** **Tustin, CA 92780** | X | H | | | | X | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-4729** | | | | Business credit card Opened: 2006 Last Used: 2009 | | | | |
| **Wells Fargo** **WF Business Direct** **P.O. Box 348750** **Sacramento, CA 95834** | X | H | | | | X | | **Unknown** |
| Account No. **xxxxxxxx26-18** | | | | Line of Credit | | | | |
| **Wells Fargo** **RMO Loan Accounting** **PO Box 7487** **Boise, ID 83707** | X | H | | | | X | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Total
(Report on Summary of Schedules)

**956,923.33**

B6G (Official Form 6G) (12/07)

.

In re    **Lonny Michael Stare,**                                    Case No. _____
         **Kimberly Lynn Stare**

                                                         ,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Nissan Motor Acceptance Corp** <br> **P.O. Box 390889** <br> **Minneapolis, MN 55439** | **Automobile Lease for 2010 Nissan Maxima,** <br> **Lessee** <br> **Account No. 2500 6236 219** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Lonny Michael Stare,**                                                    Case No. _____
         **Kimberly Lynn Stare,**
                                                                        ,
                                    Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All-Pro Consulting Services Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108**<br>   **Business line of credit** | **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **JP Morgan Chase Bank**<br>**Portfolio Mgmt Center, AZ1-1004**<br>**201 N. Central Ave, Floor 17**<br>**Phoenix, AZ 85004** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **Private Bank**<br>**24 S. Second Street**<br>**Saint Charles, IL 60174** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **American Express**<br>**P.O. Box 981540**<br>**El Paso, TX 79998** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **American Express**<br>**P.O. Box 981540**<br>**El Paso, TX 79998** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **American Express**<br>**P.O. Box 981540**<br>**El Paso, TX 79998** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **Wells Fargo**<br>**WF Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** |
| **E-Line Appraisals Inc.**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **Wells Fargo**<br>**RMO Loan Accounting**<br>**PO Box 7487**<br>**Boise, ID 83707** |
| **E-Line Title Inc**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Lonny Michael Stare,**
     **Kimberly Lynn Stare**                                       Case No. _____

                                        Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **American Express**<br>**P.O. Box 981540**<br>**El Paso, TX 79998** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Kroll Factual Data**<br>**5200 Hahns Peak Dr.**<br>**Loveland, CO 80538** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **NEC Financial Services**<br>**1 Park 80 Plaza West**<br>**Suite 309**<br>**Saddle Brook, NJ 07663-5806** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108**<br>  **Disputed wage claim** | **David Vance**<br>**332 E Turner Ave**<br>**Roselle, IL 60172** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Mark Zenner** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Fiserv**<br>**255 Fiserv Drive**<br>**Brookfield, WI 53045** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Credstar**<br>**12395 First American Way**<br>**Poway, CA 92064** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Credit Technology Inc.**<br>**1990 East LaCadena Drive**<br>**Riverside, CA 92507** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **First American**<br>**P.O. Box 10180**<br>**Van Nuys, CA 91410-0180** |

Sheet  **1**  of  **3**  continuation sheets attached to the Schedule of Codebtors

In re    **Lonny Michael Stare,**
       **Kimberly Lynn Stare**                                 Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Floodcert.com**<br>**11902 Burnet Road**<br>**Austin, TX 78758** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Billing Solutions Inc.**<br>**Bank VOD**<br>**P.O. Box 1223**<br>**Glenview, IL 60025** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **CT Corporation**<br>**a Wolters Kluwer business**<br>**111 Eighth Avenue, 13th Floor**<br>**New York, NY 10011** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Encompass**<br>**6500 Emerald Parkway**<br>**Suite 350**<br>**Dublin, OH 43016-0242** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **FedEx Corporation**<br>**942 S. Shady Grove Road**<br>**Memphis, TN 38120** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **GlobalCom Satellite Communication**<br>**7607 Kilmichael**<br>**Dallas, TX 75248** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Questsoft**<br>**23441 South Pointe Drive**<br>**Suite 270**<br>**Laguna Hills, CA 92653-1559** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Impact Office Product LLC**<br>**5640 Sunnyside Ave**<br>**Suite J**<br>**Beltsville, MD 20705-2213** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **MERS**<br>**1818 Library Street**<br>**Suite 300**<br>**Reston, VA 20190** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **MRG Document Technologies**<br>**717 N. Harwood**<br>**Suite 2400**<br>**Dallas, TX 75201** |

Sheet  **2**  of  **3**  continuation sheets attached to the Schedule of Codebtors

In re    **Lonny Michael Stare,**
**Kimberly Lynn Stare**                                                    Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Optimal Blue**<br>**5601 Democracy Drive**<br>**Suite 150**<br>**Plano, TX 75024** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Pitney Bowes, Inc.**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926-0700** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **American Mortgage Law Group, P.C.**<br>**75 Rowland Way**<br>**Suite 350**<br>**Novato, CA 94945** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **The Work Number**<br>**11432 Lackland**<br>**Saint Louis, MO 63146** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Veri-Tax Inc.**<br>**17842 Irvine Blvd**<br>**Suite 238**<br>**Tustin, CA 92780** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **121 Fairfield Way, LLC**<br>**121 Fairfield Way**<br>**Bloomingdale, IL 60108** |
| **Lifetime Financial Partners Inc**<br>**121 Fairfield Way**<br>**Ste 300**<br>**Bloomingdale, IL 60108** | **Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** |
| **Teamwork Communications**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **National City**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** |
| **Teamwork Communications**<br>**140 Jefferson Lane**<br>**Bloomingdale, IL 60108** | **Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Lonny Michael Stare**
      **Kimberly Lynn Stare**                                      Case No. _____
─────────────────────────────
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Son** **Son** **Son** | AGE(S): **2** **4** **6** **8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Consultant/Contractor** |
| Name of Employer | **Unemployed** | **US Associates** |
| How long employed | | **3 months** |
| Address of Employer | | **5101 Washington St** **Gurnee, IL 60031** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 800.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 800.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 800.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): **Unemployment** | $ | 2,409.33 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): **Family support** | $ | 0.00 | $ | 1,100.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,409.33 | $ | 1,100.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,409.33 | $ | 1,900.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,309.33 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **No expected changes**

B6J (Official Form 6J) (12/07)

In re  **Lonny Michael Stare**
**Kimberly Lynn Stare**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?          Yes ____   No  **X** | | |
| b. Is property insurance included?          Yes ____   No  **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 100.00 |
|                          b. Water and sewer | $ | 100.00 |
|                          c. Telephone | $ | 40.00 |
|                          d. Other  **Trash pick-up** | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                          a. Homeowner's or renter's | $ | 0.00 |
|                          b. Life | $ | 100.00 |
|                          c. Health | $ | 0.00 |
|                          d. Auto | $ | 150.00 |
|                          e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|              (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                          a. Auto | $ | 1,336.97 |
|                          b. Other | $ | 0.00 |
|                          c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 1,557.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,533.97 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 4,309.33 |
| b.  Average monthly expenses from Line 18 above | $ | 4,533.97 |
| c.  Monthly net income (a. minus b.) | $ | -224.64 |

8/04/10 12:34PM

B6J (Official Form 6J) (12/07)

In re    **Lonny Michael Stare**
         **Kimberly Lynn Stare**
_____    Case No. _____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| School expense | $ | 50.00 |
| School lunch expense | $ | 20.00 |
| newspapers, books, magazines | $ | 50.00 |
| personal care items | $ | 100.00 |
| Cadillac car payment | $ | 700.00 |
| Nissan lease payment | $ | 637.00 |
| **Total Other Expenditures** | $ | 1,557.00 |

8/04/10 12:34PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lonny Michael Stare**
**Kimberly Lynn Stare**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August  4, 2010**

Signature  **/s/ Lonny Michael Stare**
**Lonny Michael Stare**
Debtor

Date  **August  4, 2010**

Signature  **/s/ Kimberly Lynn Stare**
**Kimberly Lynn Stare**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lonny Michael Stare**
         **Kimberly Lynn Stare**        Case No.
                                                     Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-350,149.00** | **2009: Husband Lifetime Financial Partners** |
| **$-294,607.00** | **2008: Husband Lifetime Financial Partners** |
| **$20,000.00** | **2010 YTD: Husband Lifetime Financial Partners** |
| **$5,000.00** | **2010 YTD: Wife US Associates** |

**2. Income other than from employment or operation of business**

None  ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$168,000.00** | **Sale of 90,000 shares in Lifetime Financial Partners, Husbnd, July 15, 2008** |

**3. Payments to creditors**

None  ☐

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **USAA**<br>**10750 McDermott Frwy**<br>**San Antonio, TX 78288** | **5/7, 6/3, 6/25** | **$2,100.00** | **$42,000.00** |
| **Nissan Motor Acceptance Corp**<br>**P.O. Box 390889**<br>**Minneapolis, MN 55439** | **5/14, 6/3, 7/3** | **$1,910.91** | **$15,287.28** |
| **USAA Savings Bank**<br>**10750 McDermott Frwy**<br>**San Antonio, TX 78288** | **5/7, 6/7, 6/25** | **$708.99** | **$0.00** |

None  ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None  ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JP Morgan Chase Bank, NA v. E-Line Appraisals, Inc. & Lonny Stare Case No. 2010 L 2195** | **Case at Law for recovery debt** | **Circuit Court of Cook County County Dept., Law Division 50 W. Washington Street Room 2101 Chicago, IL 60602** | **Default Judgment** |
| **Associated Bank, N.A. v. Lonny M. Stare Case No. 2010 L 000707** | **Complaint on Promissory Note** | **18th Judicial Circuit Court of Du Page County 505 N. County Farm Road Wheaton, IL 60189** | **Ongoing** |
| **The Private Bank and Trust Company v. E-Line Appraisals, Inc. and Lonny Stare Case No. 2010 L 000801** | **Collection on Promissory Note and Guaranty by Lonny Stare** | **18th Judicial Circuit Court of DuPage County 505 N. County Farm Road Wheaton, IL 60189** | **Ongong** |
| **David Vance v. Lifetime Financial Partners Wage Claim No. 09-005319** | **Wage Payment and Collection Act** | **State of Ilinois, Department of Labor Fair Labor Standards Division 160 N. LaSalle, Suite C-1300 Chicago, IL 60601** | **Ongoing hearing** |
| **Associated Bank, N.A. v. Lonny M. Stare, et al. Case No. 10 CV 118** | **Collection action on Equity Loan and Mortgage Note** | **Villas County Courthouse 330 Court Street Eagle River, WI 54521** | **Voluntary dismissal** |
| **One West Bank, FSB v. Lonny M. Stare, et al. Case No. 10 CV 6** | **Mortgage Foreclosure** | **Vilas County Circuit Court 330 Court Street Eagle River, WI 54521** | **Default judgment** |
| **CitiMortgage, Inc., successor in interest to ABN AMRO Group, Inc. v. Lonny M. Stare et al. Case No. 10 CV 0494** | **Mortgage Foreclosure** | **Circuity Court of Dane County 215 S. Hamilton Street Madison, WI 53703** | **Default Judgment** |
| **CitiMortgage, Inc. v. Lonny M. Stre, et al. Case No. 10 CV 0523** | **Mortgage Foreclosure** | **Circuit Court of Dane County 215 S. Hamilton Street Madison, WI 53703** | **Default Judgment** |
| **Mark Zenner v. Lifetime Financial Partners Wage Claim No. ?** | **Wage Payment and Collection** | **State of Illinois, Department of Labor Fair Labor Standards Division 160 N. LaSalle, Suite C-1300 Chicago, IL 60601** | **Ongoing** |
| **Aurora Loan Services LLC v. Lonny M. Stare, et al. Case No. 2010 CH 986** | **Mortgage Foreclosure** | **18th Judicial Circuit of Illinois County of DuPage 550 County Farm Road Wheaton, IL 60189** | **Default Judgment** |
| **121 Fairfield Way, LLC v. Lifetime Financial Partners, Inc and Lonny M. Stare, third party respondent 2009 L 1504** | **Recovery for default under commercial property lease agreement** | **Circuit Court of 18th Judicial Circuit State of Illinois 505 N County Farm Road Wheaton, IL 60187** | **Default Judgment** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bank of America**<br>**4161 Pedmont Parkway**<br>**NC4-105-02-51**<br>**Greensboro, NC 27410-8110** | **November 2009** | **2008 Mercedes Benz S550 secured by loan, valued at $40,000.00** |

---

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Office of Behzad Raghian, P.C.**<br>**3517 West Palmer Street**<br>**Suite 2**<br>**Chicago, IL 60647** | **06/09/2010** | **$1,800.00** |
| **Money Sharp** | **7/21/2010** | **$35.00** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Minnesota Life Insurance Company**<br>**a Securian Company**<br>**400 Robert Street, North**<br>**Saint Paul, MN 55101-2098** | **401(k) savings plan**<br>**Acct. No. ?**<br>**Final Balance: $9,478.83** | **$7,583.06, closed on**<br>**11/10/2009** |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **E-Line Appraisals Inc.** | 20-0628361 | **140 Jefferson Lane Bloomingdale, IL 60108** | | **Begin: 1/1/04, End: 12/31/09** |
| **E-Line Title Inc** | 20-2328970 | **140 Jefferson Lane Bloomingdale, IL 60108** | | **Begin: 11/05, End: 12/31/09** |
| **Lifetime Financial Partners Inc** | 13-4280400 | **121 Fairfield Way Ste 300 Bloomingdale, IL 60108** | **Mortgage Corporation** | **Begin: 8/05, End: 12/31/09** |
| **Teamwork Communications** | 01-0684745 | **140 Jefferson Lane Bloomingdale, IL 60108** | | **Begin: 1/02, End: 12/31/09** |
| **All-Pro Consulting Services Inc.** | 20-2472313 | **140 Jefferson Lane Bloomingdale, IL 60108** | | **Begin: 3/06, End: 12/31/09** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ 

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lake & Associates CPA's 1905 Wright Blvd. Schaumburg, IL 60193** | **2005 through present** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Lake & Associates CPA's** | **1905 Wright Blvd.**<br>**Schaumburg, IL 60193** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|----------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

## 21 . Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

## 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August  4, 2010**                Signature   **/s/ Lonny Michael Stare**
                                                      **Lonny Michael Stare**
                                                      Debtor

Date  **August  4, 2010**                Signature   **/s/ Kimberly Lynn Stare**
                                                      **Kimberly Lynn Stare**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Lonny Michael Stare**
**Kimberly Lynn Stare**
_____    Case No. _____
Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Associated Bank** | **Describe Property Securing Debt:**<br>**Location: 1460 Golf View Rd. Unit 5, Eagle River, WI 54521** |

Property will be (check one):
■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Aurora Loan Services** | **Describe Property Securing Debt:**<br>**Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410**<br>**2700 sq. ft., 4 bed, 2.5 bath, 2 car garage, .25 acres** |

Property will be (check one):
■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt            ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Citi Mortgage** | **Describe Property Securing Debt:**<br>**Location: 1136 Morraine View Dr. #307, Madison, WI 53719**<br>**1100 sq. ft., 2 bed, 2 bath** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Citi Mortgage, Inc., successor in** | **Describe Property Securing Debt:**<br>**Location: 1140 Morraine View #207, Madison, WI 53719**<br>**1100 sq. ft. condo, 2 bed, 2 bath** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Desert Hills Bank** | **Describe Property Securing Debt:**<br>**Location: 2696 Promontory Dr., Bullhead City, AZ 86429**<br>**.25 acre lot** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                        Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Indy Mac** | **Describe Property Securing Debt:**<br>**Location: 1460 Golf View Rd. Unit 5, Eagle River, WI 54521** |

Property will be (check one):
■ Surrendered                               ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Specialized Loan Services** | **Describe Property Securing Debt:**<br>**Location: 140 Jefferson Lane, Bloomingdale IL 60108-1410**<br>**2700 sq. ft., 4 bed, 2.5 bath, 2 car garage, .25 acres** |

Property will be (check one):
■ Surrendered                               ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                        ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**USAA** | **Describe Property Securing Debt:**<br>**2007 Cadillac Escalade in fair condition with xx miles** |

Property will be (check one):
    ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Nissan Motor Acceptance Corp** | **Describe Leased Property:**<br>**Automobile Lease for 2010 Nissan Maxima, Lessee**<br>**Account No. 2500 6236 219** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **August  4, 2010**        Signature  **/s/ Lonny Michael Stare**
                                              **Lonny Michael Stare**
                                              Debtor

Date   **August  4, 2010**        Signature  **/s/ Kimberly Lynn Stare**
                                              **Kimberly Lynn Stare**
                                              Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lonny Michael Stare**
   **Kimberly Lynn Stare**
_____  Case No. _____
Debtor(s)  Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................. $       **1,500.00**

    Prior to the filing of this statement I have received ................................... $       **1,500.00**

    Balance Due .................................................................................................. $         **0.00**

2.  $  **299.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August  4, 2010**  _____    /s/ Behzad Raghian _____
                                                          **Behzad Raghian**
                                                           **The Law Office of Behzad Raghian, P.C.**
                                                             **3517 West Palmer Street**
                                                           **Suite 2**
                                                           **Chicago, IL 60647**
                                                           **312-714-5155  Fax: 312-854-2850**
                                                           **behzad@raghianlaw.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Lonny Michael Stare**
     **Kimberly Lynn Stare**
_____
                                    Debtor(s)

Case No. _____

Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Lonny Michael Stare**
**Kimberly Lynn Stare**
_____
Printed Name(s) of Debtor(s)


Case No. (if known) _____

X **/s/ Lonny Michael Stare**          **August  4, 2010**
_____
Signature of Debtor                          Date

X **/s/ Kimberly Lynn Stare**          **August  4, 2010**
_____
Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lonny Michael Stare**
        **Kimberly Lynn Stare**
                                                          Case No.

_____   Chapter   **7**
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____   **90**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August  4, 2010**                    **/s/ Lonny Michael Stare**
        _____              _____
                                              **Lonny Michael Stare**
                                              Signature of Debtor

Date:   **August  4, 2010**                    **/s/ Kimberly Lynn Stare**
        _____              _____
                                              **Kimberly Lynn Stare**
                                              Signature of Debtor

121 Fairfield Way, LLC
121 Fairfield Way
Bloomingdale, IL 60108


All-Pro Consulting Services Inc.
140 Jefferson Lane
Bloomingdale, IL 60108


American Express
P.O. Box 981540
El Paso, TX 79998


American Mortgage Law Group, P.C.
75 Rowland Way
Suite 350
Novato, CA 94945


Associated Bank
1305 Main Street
Stevens Point, WI 54481


Aurora Loan Services
Attn: Bankruptcy Dept.
2617 College Park, PO Box 1706
Scottsbluff, NE 69363-1706


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bank of America
4161 Pedmont Parkway
NC4-105-02-51
Greensboro, NC 27410-8110


Billing Solutions Inc.
Bank VOD
P.O. Box 1223
Glenview, IL 60025


Blommer Peterman, S.C.
13700 West Greenfield Avenue
Brookfield, WI 53005

Blommer Peterman, S.C.
attn: J.T. Lovett
13700 West Greenfield Avenue
Brookfield, WI 53005


Bonaventure Medical Foundation
1415 W. Lake Street
Addison, IL 60101


Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130


Chase Bank
Mail Code KY1-0900
6714 Grade Lane, Bldg 8, Ste 807
Louisville, KY 40213


Chris Kachiroubas
Clerk of the 18th Circuit Court
505 N. County Farm Road
Wheaton, IL 60187


Citi Mortgage
1000 Technology Drive
MS 314
O Fallon, MO 63368-2240


Citi Mortgage, Inc., successor in
interest to ABN AMRO Mtg. Group, In
P.O. Box 140609
Irving, TX 75014-0609


Citibank
100 Citibank Drive
San Antonio, TX 78245


Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193


Credit Technology Inc.
1990 East LaCadena Drive
Riverside, CA 92507

Credstar
12395 First American Way
Poway, CA 92064


CT Corporation
a Wolters Kluwer business
111 Eighth Avenue, 13th Floor
New York, NY 10011


Dane County Courthouse
215 South Hamilton Street
Madison, WI 53703-3285


David Vance
332 E Turner Ave
Roselle, IL 60172


Desert Foothill Estates
Owners Association
P.O. Box 681
Bullhead City, AZ 86430


Desert Hills Bank
2929 East Camelback Road
Suite 218
Phoenix, AZ 85016


Discover
Financial Services
P.O. Box 30943
Salt Lake City, UT 84130


DSNB/Macys
P.O. Box 8218
Mason, OH 45040


DuPage County Circuit Clerk
505 N. County Farm Road
Wheaton, IL 60187


Dutton & Dutton, P.C.
10325 W. Lincoln Hwy
Frankfort, IL 60423

E-Line Appraisals Inc.
140 Jefferson Lane
Bloomingdale, IL 60108


E-Line Title Inc
140 Jefferson Lane
Bloomingdale, IL 60108


Echelon Recovery Inc.
P.O. Box 1880
Voorhees, NJ 08043


Elan Financial
CB Disputes
PO Box 108
Saint Louis, MO 63166


Encompass
6500 Emerald Parkway
Suite 350
Dublin, OH 43016-0242


FedEx Corporation
942 S. Shady Grove Road
Memphis, TN 38120


First American
P.O. Box 10180
Van Nuys, CA 91410-0180


Fiserv
255 Fiserv Drive
Brookfield, WI 53045


Floodcert.com
11902 Burnet Road
Austin, TX 78758


Gary & Associates, LL.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841


GlobalCom Satellite Communication
7607 Kilmichael
Dallas, TX 75248

Honorable Richard G. Niese
Dane County Courthouse
215 S. Hamilton Street
Madison, WI 53703


Illinois Collecion Service, Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110


Impact Office Product LLC
5640 Sunnyside Ave
Suite J
Beltsville, MD 20705-2213


Indy Mac
P.O. Box 4045
Kalamazoo, MI 49003-4045


Joseph Mann & Creed
20600 Chagrin Blvd.
Suite 550
Shaker Heights, OH 44122-5340


JP Morgan Chase Bank
Portfolio Mgmt Center, AZ1-1004
201 N. Central Ave, Floor 17
Phoenix, AZ 85004


Kroll Factual Data
5200 Hahns Peak Dr.
Loveland, CO 80538


L.B. Anderson
121 Fairfield Way
Bloomingdale, IL 60108


Lake Forest Landing Property Owners
Association, Inc.
1414 Bradford Point Rd, PO Box 775
Saint Germain, WI 54558


Law Office of Douglas R. Johnson
321 N. Clark Street
5th floor
Chicago, IL 60654

Lebow, Malecki & Tasch, LLC
903 Commerce Drive
Suite 160
Oak Brook, IL 60523


Lifetime Financial Partners Inc
121 Fairfield Way
Ste 300
Bloomingdale, IL 60108


Lifetime Financial Partners, Inc.
121 Fairfield Way
Suite 300
Bloomingdale, IL 60108


Malcolm S. Gerald & Assoc., Inc.
332 S. Michigan Ave.
Suite 600
Chicago, IL 60604


Mallery & Zimmerman, S.C.
500 Third Street, Suite 800
Wausau, WI 54402-0479


Mark Zenner


MERS
1818 Library Street
Suite 300
Reston, VA 20190


Mortgage Electronic Registration
as nominee for First Home Mtg.
208 S. LaSalle St, Suite 814
Chicago, IL 60604


Mortgage Electronic Registration
as nominee for First Magnus Fin.
208 S. LaSalle St., Suite 814
Chicago, IL 60604


MRG Document Technologies
717 N. Harwood
Suite 2400
Dallas, TX 75201

National City
P.O. Box 856177
Louisville, KY 40285-6177


NCO Financial Systems, Inc.
1804 Washington Blvd
Mailstop 450
Baltimore, MD 21230


NEC Financial Services
1 Park 80 Plaza West
Suite 309
Saddle Brook, NJ 07663-5806


Nissan Motor Acceptance Corp
P.O. Box 390889
Minneapolis, MN 55439


North Shore Bank
Cardmember Services
P.O. Box 6354
Fargo, ND 58125-6354


One West Bank FSB
c/o Blommer Peterman, S.C.
13700 W. Greenfield Avenue
Brookfield, WI 53005


Optimal Blue
5601 Democracy Drive
Suite 150
Plano, TX 75024


Paul F. Conarty
419 S. Second Street
Geneva, IL 60134


Pitney Bowes, Inc.
1 Elmcroft Road
Stamford, CT 06926-0700


Private Bank
24 S. Second Street
Saint Charles, IL 60174

Questsoft
23441 South Pointe Drive
Suite 270
Laguna Hills, CA 92653-1559


RCS
P.O. Box 7229
Westchester, IL 60154


Specialized Loan Services
P.O. Box 636005
Littleton, CO 80163-6005


St. Alexius Medical Center
22589 Network Place
Chicago, IL 60673


State of Illinois, Dept of Labor
Fair Labor Standards Division
160 N. LaSalle, Suite C-1300
Chicago, IL 60601-3150


Teamwork Communications
140 Jefferson Lane
Bloomingdale, IL 60108


The Crossings at Elver Park Condo
Association, Inc.
1200 N. Ashland, Suite 301
Chicago, IL 60622


The Crossings at Elver Park Condo
Association, Inc.
20 N. Carrol Street
Madison, WI 53703-2707


The Work Number
11432 Lackland
Saint Louis, MO 63146


Trustee for Lifetime Financial Part
121 Fairfield Way
Suite 300
Bloomingdale, IL 60108

US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


USAA
10750 McDermott Frwy
San Antonio, TX 78288


Veri-Tax Inc.
17842 Irvine Blvd
Suite 238
Tustin, CA 92780


Villas County Clerk of Circuit Ct
Villas County Courthouse
330 Court Street
Eagle River, WI 54521


Wells Fargo
WF Business Direct
P.O. Box 348750
Sacramento, CA 95834


Wells Fargo
RMO Loan Accounting
PO Box 7487
Boise, ID 83707


Wells Fargo
PO Box 29746
MAC #S4018-015
Phoenix, AZ 85038-9746


Weltman, Winberg & Reis Co., LPA
175 S. 3rd Street
Suite 900
Columbus, OH 43215-5166


Williams McCarthy LLP
120 W. State St., Ste 400
PO Box 219
Rockford, IL 61105-0219